IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 APR 17 PM 4: 19

OFFICE OF THE CLERK

4:19CR 3054

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEREMIAH J. BURKHART and ANNA J.
CHERNYY,

Defendants.

INDICTMENT

The Grand Jury charges that

## COUNT I

Beginning on or about January 30, 2019, and continuing to on or about April 2, 2019, in the District of Nebraska and elsewhere, Defendants JEREMIAH J. BURKHART and ANNA J. CHERNYY did knowingly and intentionally combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT

On or about March 13, 2019, in the District of Nebraska, Defendant ANNA J. CHERNYY did knowingly use and carry a firearm, to wit: a Taurus 9mm handgun, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for

1

which Defendant may be prosecuted in a court of the United States, that is, the offense described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT

On or about April 2, 2019, in the District of Nebraska, Defendant JEREMIAH J. BURKHART did knowingly use and carry a firearm, to wit: a Taurus 9mm handgun, during and in relation to, and did knowingly possess such firearm in furtherance of, a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that is, the offense described in Count I.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

SARA E. FULLERTON, #18314
Assistant U.S. Attorney

2